David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska   99559
Phone:  907-543-7891
Fax:  907-543-1924

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Tate, Individually, and Susie Sours as Co-Guardians of Cynthia Tate, and M.T., G.T, M.T., T.T, and M.T., minor children ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case no. A 14 - _____ Civil |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) | |

## COMPLAINT

COMES NOW Plaintiffs, and for their cause of action against the United States of America, state as follows:

### I. Jurisdiction

1.      At all times relevant hereto, the Plaintiffs were residents of Kotzebue, Alaska, in the District of Alaska. Susie Sours and William Tate were appointed co-guardians of Cynthia Tate on February 4, 2014.  William Tate is the

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska  99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

husband of Cynthia Tate and is the father of the minor children.

2.    This cause of action arises under the Federal Tort Claims Act 28 U.S.C. sec. 1346, 2401, and 2671 et seq.

3.    At all times relevant hereto, the nurses, medical staff, Dr. Mary Gwayi-Chore, Doug Amos PA, Nurse Cheryl, and Dr. Yashwant Chowdhary that treated the plaintiff on October 19, 2013 were employees or agents of the United States of America.

4.    At all times relevant hereto, the Maniilaq Health Center was an agent of the United States of America.

5.    Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

6.    On May 29, 2014, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. The claim was denied on November 24, 2014.

7.    Based on paragraphs 1-6 above, this court has jurisdiction over the claims asserted herein.

## II. Facts

8.    On or about October 19, 2013, Cynthia Tate was a patient at Maniilaq Health Center.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

9.      Cynthia Tate went to the Maniilaq health center emergency room seeking treatment for abdominal pain and vomiting. She arrived in the E.R. at 17:36. At 17:50 she had pain 8/10, elevated blood pressure, was grimacing and teary. She was assessed by a doctor at 18:32. Per MD orders Ms. Tate was given IV fluid infusion and medication at 19:22. No premedication or infusion assessment with vital signs were completed by nursing staff. Ms. Tate was left unmonitored.

10.      At 19:50 the nurse entered Ms. Tate's room to find her unresponsive. The nurse failed to start immediate chest compressions, instead waiting five minutes before compressions were started. From 20:09 to 20:14 compressions were halted based upon weak palpation of a weak pulse. Ms. Tate went again for five minutes without circulatory support and cerebral perfusion while she was moved to the trauma bay. EMTs from the fire department were called to the ER because of inadequate staff to do CPR.

11.      Ms. Tate suffered irreversible brain damage and is now in a vegetative state.

12.      William Tate suffered negligent infliction of emotional distress and the loss of consortium, love, and support of his wife. The children, M.T., G.T, M.T, T.T, and M.T. have loss of consortium claims.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

## III. Allegation of Negligence

13.   Plaintiffs incorporate the allegations set forth in Paragraph 1-12.

14.   Agents and/or employees of the Maniilaq Health Center failed to exercise the degree of care ordinarily exercised under the circumstances by health care providers in their field or specialty by failing to properly triage, failing to properly monitor and reassess, failing to start immediate resuscitation efforts after Ms. Tate was found unresponsive, and failing to properly manage the code.

15.   The negligent and reckless care and conduct of employees and/or agents of the Maniilaq Health Center was a direct and proximate cause of the plaintiffs' injuries.

WHEREFORE, plaintiffs' pray for relief as follows:

1.   Past and future pain and suffering.

2.   Past and future medical expenses.

3.   Past and future lost earning capacity.

4.   Any other relief courts deems just and proper.


DATED this ____ day of December, 2014, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAW OFFICES OF DAVID HENDERSON
Attorney for the Plaintiff

_____
David Henderson   #9806014