LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Tate, Individually, and Susie Sours as Co-Guardians of Cynthia Tate, and M.T., G.T, M.T., T.T, and M.T., minor children<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>              Defendant. | Case no. 3:14-cv-00242 JWS |

### Order Granting Leave to Amend

THIS COURT, having been presented with "Plaintiff's Motion for Leave to Amend Complaint"; having been presented with defendant United States' opposition or response thereto; having found no prejudice or other reason why leave should not be freely granted in this instance;

HEREBY ORDERS THAT the motion is GRANTED. The Clerk of the Court shall accept the lodged pleading entitled "First Amended Complaint for Damages."

DATED AT _____, Alaska, this ____ day of March, 2015.

_____
United States District Court Judge