David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska 99559
Phone: 907-543-7891
Fax: 907-543-1924
dh@henderson-law.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Tate, Individually, and Susie Sours as Co-Guardians of Cynthia Tate, and M.T., G.T, M.T., T.T, and M.T., minor children<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; SHC Services, Inc., d/b/a Supplemental Physicians; Doug Amis; Cheryl Chapman; and Advantage RN, LLC, and Sheryl Snyder<br><br>           Defendant. | Case no. 3:14-cv-00242-JWS |

**THIRD AMENDED COMPLAINT FOR DAMAGES**

COME NOW Plaintiffs, and for their cause(s) of action, allege as follows:

### I. Jurisdiction

1. At all times relevant hereto, the Plaintiffs were residents of Kotzebue, Alaska, in the District of Alaska.

2. Plaintiffs Susie Sours and William Tate were appointed co-guardians of Cynthia Tate on February 4, 2014.

3. Plaintiff William Tate is the husband of Cynthia Tate and is the father of plaintiff minor children.

4. This cause of action arises under the *Federal Tort Claims Act*, 28 U.S.C. sec. 1346, 2401, 2671 et seq., and pursuant to Alaska common law.

5. At all times relevant hereto, Defendant nurses, medical staff, Dr. Mary Gwayi-Chore, Doug Amis PA, Nurse Cheryl Chapman, Nurse Sheryl Snyder, and Dr. Yashwant Chowdhary, who treated the plaintiff on October 19, 2013, were employees or agents of the United States of America.

6. At all times relevant hereto, the Maniilaq Health Center was an agent of the United States of America.

7. On May 29, 2014, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. That claim was denied on November 24, 2014.

8. Defendant Doug Amis was also working for SHC Services, Inc., d/b/a Supplemental Physicians on October 19, 2013. Its registered agent is Corporation Service Company, address 10 E. South Temple, Suite 850, Salt Lake City, Utah,

84133.  On information and belief, Defendant Doug Amis is a resident of Colorado.

9. Defendant nurse Cheryl Chapman and was also working for Advantage RN, LLC, a company in Ohio.  Its registered agent is J. Stephen Herbert, 33 W. First St., Suite 600, Dayton, Ohio 45402.  On information and belief, Defendant Cheryl Chapman is a resident of Georgia.

10. Defendant nurse Sheryl Snyder was also working for Advantage RN, LLC.  On information and belief, Defendant Sheryl Snyder is a resident of Ohio.

11. Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

12. Based on paragraphs 1 through 11 above, this court has jurisdiction over the claims asserted herein.

### II. Facts

13. On or about October 19, 2013, Cynthia Tate was a patient at Maniilaq Health Center.

14. Cynthia Tate went to the Maniilaq Health Center Emergency Room seeking treatment for abdominal pain and vomiting.  She arrived in the E.R. at 17:36.  At 17:50 she had pain 8/10, elevated blood pressure, was grimacing and teary.  She was assessed by a doctor at 18:32.  Per doctors' orders,

Ms. Tate was given IV fluid infusion and medication at 19:22. No premedication or infusion assessment with vital signs was completed by nursing staff. Ms. Tate was left unmonitored.

15. At 19:50 the nurse entered Ms. Tate's room to find her unresponsive. The nurse failed to start immediate chest compressions, instead waiting five minutes before compressions were started. From 20:09 to 20:14 compressions were halted based upon weak palpation of a weak pulse. Ms. Tate went again for five minutes without circulatory support and cerebral perfusion while she was moved to the trauma bay. EMTs from the fire department were called to the ER because of inadequate staff to do CPR.

16. Ms. Tate suffered irreversible brain damage and is now in a vegetative state.

17. William Tate suffered negligent infliction of emotional distress and the loss of consortium, love, and support of his wife. Plaintiff children, M.T., G.T, M.T, T.T, and M.T., have loss of consortium claims.

### III. Allegation of Negligence/ Recklessness

18. Plaintiffs incorporate the allegations set forth in Paragraphs 1 through 16.

19. Defendants -- Cheryl Chapman, Advantage RN, LLC, Doug Amis, SHS Services Inc. d/b/a Supplemental Physicians

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Agents, Sheryl Snyder, and employees of the Maniilaq Health Center – were negligent in that they failed to exercise that degree of care ordinarily exercised under the circumstances by health care providers in their respective fields or specialties; by failing to properly triage; failing to properly monitor and reassess; failing to start immediate resuscitation efforts after Ms. Tate was found unresponsive, and; failing to properly manage the code.

20. Said breaches of the applicable standards of care also constituted gross negligence and recklessness.

21. The negligent and reckless care and conduct of Defendants and/or agents of the Maniilaq Health Center was a direct and proximate cause of Plaintiffs' injuries and damages, including, but not limited to:

(a) pain and suffering – past and future;

(b) emotional distress – past and future;

(c) economic losses, including lost wages, earnings, and lost earning capacity – past and future;

(d) medical expenses, and expenses associated with medicare care, and the attainment of medical care;

(e) loss of domestic- and non-market services;

(f) loss of consortium;

(g) loss of parental services, and;

(h) loss of love, affection, and support.

///

///

WHEREFORE, Plaintiffs pray for relief as follows:

1. For judgment against Defendants, and in Plaintiffs' favor, compensating them for their above-averred damages, as applicable;

2. For an award of compensable costs, compensable attorney's fees, and any applicable interest.

3. For any other relief the court deems just and proper.

DATED this 10th day of June, 2015, at Bethel, Alaska.

                                        s/David Henderson
                                      David Henderson   #9806014
                                      LAW OFFICES OF DAVID HENDERSON
                                      Attorney for the Plaintiff

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska  99559
Phone: (907)7 543-7891
Fax: (907) 543-1924