IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM TATE, Individually, and SUSIE SOURS as Co-Guardians of CYNTHIA TATE, and M.T., G.T., M.T., T.T., and M.T., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, SHC SERVICES, INC., d/b/a SUPPLEMENTAL PHYSICIANS, DOUG AMIS, CHERYL CHAPMAN, ADVANTAGE RN, LLC, and SHERYL SNYDER,<br><br>Defendants. | Case No. 3:14-cv-00242-JWS<br><br>**ORDER** |

This Court, having considered the Motion to Dismiss with Prejudice filed by defendants SHC Services, Inc., d/b/a Supplemental Physicians and Doug Amis, and being fully advised of the premises,

IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by plaintiffs against SHC Services, Inc., d/b/a Supplemental Physicians and Doug Amis are hereby dismissed with prejudice each side to bear their own costs and fees.

DATED this 26th day of April 2016.

/s/ JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE