Matthew W. Claman, ABA No. 8809164
Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: (907) 264-3311
Facsimile: (907) 276-2631
Email: ClamanM@LanePowell.com
JamiesonB@lanepowell.com
Attorneys for Defendants Cheryl Chapman,
Sheryl Snyder, and Advantage RN, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM TATE, individually, and SUSIE SOURS as Co-Guardians of CYNTHIA TATE, and M.T., G.T., M.T., T.T., and M.T., Minor Children,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; SHC SERVICES, INC., d/b/a SUPPLEMENTAL PHYSICIANS; DOUG AMIS; CHERYL CHAPMAN; and ADVANTAGE RN, LLC, and SHERYL SNYDER,<br><br>         Defendants. | Case No. 3:14-cv-00242-JWS<br><br>**NOTICE OF SETTLEMENT** |

  Defendants Advantage RN, LLC and Sheryl Snyder, through counsel, Lane Powell LLC, notify the Court that they have settled this matter with Plaintiffs. The final paperwork is being prepared and the parties expect that this settlement will be fully consummated within 30 days of the filing of this notice.

  DATED this 6th day of April, 2017.

                  LANE POWELL LLC
                  Attorneys for Defendants Cheryl Chapman,
                  Sheryl Snyder, and Advantage RN, LLC

                  By  s/ Brewster H. Jamieson
                    Matthew W. Claman, ABA No. 8809164
                    Brewster H. Jamieson, ABA No. 8411122

I certify that on April 6, 2017, a copy of
the foregoing was served electronically on:
David Henderson, dh@henderson-law.com
Richard Pomeroy, richard.pomeroy@usdoj.gov
Bryan Wilson, bryan.wilson@usdoj.gov
s/ Brewster H. Jamieson