UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| William Tate, *et al.* | v. | United States of America |
| Honorable John W. Sedwick | | 3:14-cv-00242-JWS |
| Order from Chambers | | April 18, 2017 |

Having reviewed the filings at dockets 151 and 155,

IT IS ORDERED that plaintiffs' claims against defendant Cheryl Chapman are dismissed with prejudice, each party to bear such party's own costs and fees.

_____