# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

### *Tate, et al. v. United States*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 3:14-cv-242 JWS |
| PROCEEDINGS:     ORDER FROM CHAMBERS | Date: June 13, 2017 |

_____

The purpose of this order is to correct scrivener's errors in the Order and Opinion at docket 185.

Paragraph 12 in the Conclusions of Law section is corrected to read as follows:

12. Plaintiffs proved by a preponderance of the evidence that the value of the first minor child M.T.'s non-economic damages is $38,500; that the value of the minor child T.T.'s non-economic damages is $38,500; and that the value of the second minor child M.T's non-economic damages is $38,500.

The direction to the Clerk for the entry of judgment is corrected to read as follows:

### IV. DIRECTION FOR ENTRY OF JUDGMENT

The Clerk of Court is directed to enter judgment against defendant United States of America such that William Tate and Susie Sours as Co-Guardians of Cynthia Tate recover $3,612,315; that William Tate and Susie Sours as Co-Guardians of the first minor identified as M.T. recover $38,500, that William Tate and Susie Sours as Co-Guardians of the minor T.T. recover $38,500; that William Tate and Susie Sours as Co-Guardians of the second minor identified as M.T. recover $38,500; that William Tate individually recover $77,000; and that Martha Hacker recover $38,500.
Dated this 12th day of June 2017.