**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

WILLIAM TATE, et al.,
    Plaintiff,

Case Number 3:14-cv-00242-JWS

v.

UNITED STATES OF AMERICA,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs, William Tate and Susie Sours as Co-Guardians of Cynthia Tate, recover of defendant, United States of America, the sum of $3,612,315.00; that William Tate and Susie Sours as Co-Guardians of the first minor M.T. recover $38,500.00, that William Tate and Susie Sours as Co-Guardians of the minor T.T. recover $38,500.00, that William Tate and Susie Sours as Co-Guardians of the second minor identified as M.T. recover $38,500.00; that William Tate individually recover $77,000.00; and that Martha Hacker recover $38,500.00 for a total judgment of $3,843,315.00 with postjudgment interest thereon at the rate of 1.18% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:
*s/ John W. Sedwick*
John W. Sedwick
United States District Judge

                                                Lesley K. Allen
Date: June 14, 2017                     Clerk of Court

[Jmt1-with fees and costs - rev. 1-13-16]