**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

WILLIAM TATE, et al.,
    Plaintiffs,

Case Number 3:14-cv-00242-JWS

v.

UNITED STATES OF AMERICA,    AMENDED
    Defendant.    **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiffs, William Tate and Susie Sours as Co-Guardians of Cynthia Tate, recover of defendant, United States of America, the sum of $3,046,092.32; that William Tate and Susie Sours as Co-Guardians of the first minor M.T. recover $50,000, that William Tate and Susie Sours as Co-Guardians of the minor T.T. recover $50,000; that William Tate and Susie Sours as Co-Guardians of the second minor identified as M.T. recover $50,000; that William Tate individually recover $50,000; and that Martha Hacker recover $50,000 for a total judgment of $3,296,092.32 with postjudgment interest thereon at the rate of 1.18% as provided by law.

APPROVED:

S/JOHN W. SEDWICK
United States District Judge

Date: June 20, 2017

                                              LESLEY K. ALLEN
                                              Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}